Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>           Plaintiff,<br><br>     vs.<br><br>YOUNG BAE CHUNG and SANDY OK CHUNG, TRUSTEES OF THE YOUNG BAE CHUNG AND SANDY OK CHUNG REVOCABLE TRUST DATED 9/1/2006; SAK KAUFMAN dba PHO #76 RESTAURANT & BAKERY aka PHO 76 RESTAURANT & BAKERY,<br><br>           Defendants.<br>_____ | Case No. 1:12-CV-01335-AWI-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The parties hereto, through their respective counsel, hereby stipulate that in order to provide sufficient time to attempt to resolve this matter through settlement, defendants shall have to and including October 2, 2012, in which to file a responsive pleading in the above-referenced matter. This is the first extension agreed to by the parties.

Dated: August 30, 2012          MOORE LAW FIRM, P.C.

                                ___/s/ Tanya E. Moore_____
                                Tanya E. Moore,
                                Attorneys for Plaintiff

| | |
|---|---|
| Dated: August 30, 2012 | CASWELL BELL & HILLISON LLP |
| | ____/s/ Kimberly L. Mayhew_____<br>Kimberly L. Mayhew,<br>Attorneys for Defendants |

   GOOD CAUSE APPEARING THEREFOR,

   IT IS HEREBY ORDERED that defendants shall have to and including October 2, 2012, in which to file a responsive pleading in the above-referenced matter.


   IT IS SO ORDERED.

   Dated:  **September 4, 2012**            _____**/s/ Gary S. Austin**_____
                                                                      UNITED STATES MAGISTRATE JUDGE