Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>YOUNG BAE CHUNG and SANDY OK CHUNG, TRUSTEES OF THE YOUNG BAE CHUNG AND SANDY OK CHUNG REVOCABLE TRUST DATED 9/1/2006; SAK KAUFMAN dba PHO #76 RESTAURANT & BAKERY aka PHO 76 RESTAURANT & BAKERY,<br><br>    Defendants. | Case No. 1:12-CV-01335-AWI-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The parties hereto, through their respective counsel, hereby stipulate that in order to provide sufficient time to resolve this matter through settlement, defendants shall have to and including October 23, 2012, in which to file a responsive pleading in the above-referenced matter.

This is the second extension agreed to by the parties. The first extension granted defendants an extension of time to respond from September 4, 2012, until October 2, 2012.

Dated: October 2, 2012.            MOORE LAW FIRM, P.C.

                       ___/s/ Tanya E. Moore_____
                       Tanya E. Moore, Attorneys for Plaintiff

Dated: October 2, 2012.           CASWELL BELL & HILLISON LLP

                                             ____/s/ Kimberly L. Mayhew_____
                                                  Kimberly L. Mayhew,
                                                  Attorneys for Defendants

## ORDER

Based on the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall have to and including October 23, 2012, in which to file a responsive pleading in the above-referenced matter.


   IT IS SO ORDERED.

   **Dated:**   **October 2, 2012**                      _____**/s/ Gary S. Austin**_____
                                                                  UNITED STATES MAGISTRATE JUDGE