1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: Tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  John Morales

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOHN MORALES,                              ) No. 1:12-CV-01335-AWI-GSA
12 |                                            )
   |             Plaintiff,                     ) **NOTICE OF VOLUNTARY DISMISSAL**
13 |                                            ) **OF ACTION; [PROPOSED] ORDER**
   |        vs.                                 )
14 |                                            )
   | YOUNG BAE CHUNG and SANDY OK               )
15 | CHUNG, TRUSTEES OF THE YOUNG BAE            )
   | CHUNG AND SANDY OK CHUNG                   )
16 | REVOCABLE TRUST DATED 9/21/2006;           )
   | SAK KAUFMAN dba PHO #76                    )
17 | RESTAURANT & BAKERY aka PHO 76              )
   | RESTAURANT & BAKERY,                       )
18 |                                            )
19 |             Defendants.                    )
20 |                                            )

21      WHEREAS, no Defendant has filed an answer or motion for summary judgment;

22      WHEREAS, Plaintiff and Defendants have settled the matter in its entirety amongst
23 themselves;

24      WHEREAS, no counterclaim has been filed;

25      Plaintiff hereby respectfully requests that this action be dismissed with prejudice
26 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

27 ///

28 ///

*Morales v. Young Bae Chung, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
                        Page 1

Date: October 23, 2012                                MOORE LAW FIRM, P.C.


                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff John Morales


## **ORDER**

    Good cause appearing,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a), and the clerk shall CLOSE this case.

**IT IS SO ORDERED**.



IT IS SO ORDERED.

Dated:   October 23, 2012                           _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Young Bae Chung, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2