Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: Tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:12-CV-01335-AWI-GSA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| YOUNG BAE CHUNG and SANDY OK CHUNG, TRUSTEES OF THE YOUNG BAE CHUNG AND SANDY OK CHUNG REVOCABLE TRUST DATED 9/21/2006; SAK KAUFMAN dba PHO #76 RESTAURANT & BAKERY aka PHO 76 RESTAURANT & BAKERY, | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter in its entirety amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

*Morales v. Young Bae Chung, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order

1  Date: October 23, 2012                    MOORE LAW FIRM, P.C.

                                             /s/Tanya E. Moore
                                             Tanya E. Moore
                                             Attorneys for Plaintiff John Morales

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a), and the clerk shall CLOSE this case.

**IT IS SO ORDERED**.


IT IS SO ORDERED.

Dated:   October 23, 2012               _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Young Bae Chung, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
                            Page 2